

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 2, 2020

**BY CM/ECF**
The Honorable Richard M. Berman
United States DistrictJudge
Southern District of New York
500 Pear Street
New York, New York 10007

   **Re:**  *United States v. George Bridi*, 20 Cr. 18 (RMB)

Dear Judge Berman:

   On or about January 8, 2020, Defendant George Bridi was charged in the above-referenced 20 Cr. 18 (RMB) indictment.  On or about August 23, 2020, the defendant was arrested in Cyprus, and the Government is currently seeking extradition of the defendant to the United States.

   The Government respectfully requests that the Court issue an order directing the Clerk's Office to provide three certified copies of the 20 Cr. 18 indictment and three certified copies of the arrest warrant for the defendant for purposes of extraditing the defendant to the United States.

       Respectfully submitted,

       AUDREY STRAUSS
       Acting United States Attorney for the
       Southern District of New York

     By:  /s/ Andrew K. Chan
       Andrew K. Chan
       Mollie Bracewell
       Christy Slavik
       Assistant United States Attorneys
       (212) 637-1072 / 2218 / 1113

**SO ORDERED:**

_____
The Honorable Richard M. Berman
United States District Judge
Southern District of New York