

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2021

**BY CM/ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
New York, New York 10007

      Re:    *United States v. George Bridi*, **20 Cr. 18 (RMB)**

Dear Judge Berman:

      Please find enclosed for the Court's consideration a proposed protective order in the above-referenced matter. Courts have routinely relied on Rule 16(d)(1) to limit discovery in situations where the disclosure of certain discovery beyond the defendant and his counsel could have harmful consequences. *See United States v. Aref*, 533 F.3d 72, 78 (2d Cir. 2008) (protective order for classified information); *United States v. Smith*, 985 F. Supp. 2d 506, 530-35 (S.D.N.Y. 2013) (protective order for information that might impede ongoing investigations); *United States v. Figueras*, 2009 WL 1364640, at *1-2 (W.D.N.Y. May 19, 2009) (protective order for identity of confidential informants); *United States v. Luchko*, 2007 WL 1651139, at *7 (E.D. Pa. June 6, 2007) (protective order entered because of, among other reasons, the personal privacy interests of third parties). In this case, the Government anticipates that the discovery materials will include, among other things: (1) bank records and financial records; (2) extractions from email accounts and electronic devices; (3) materials that refer to cooperating witnesses; and (4) materials that affect the privacy and confidentiality of the defendants and third parties. For this reason, the Government believes that the enclosed narrowly tailored Protective Order is appropriate. The enclosed Protective Order has already been executed by counsel for both defendants.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

By:   /s/ Andrew K. Chan
      Andrew K. Chan / Mollie Bracewell
      Christy Slavik
      Assistant United States Attorney
      Tel: (212) 637-1072 / 2218 / 1113

cc: All Counsel for Defendants