**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

         20 CR. 18 (RMB)

  -against-

         **ORDER**

GEORGE BRIDI,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the initial pretrial conference scheduled for Monday, September 27, 2021 at 12:00 pm is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 2018

Dated: September 23, 2021
       New York, NY

                                         _____
                                            RICHARD M. BERMAN
                                                U.S.D.J.