**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                 Government,

      -against-

GEORGE BRIDI,
               Defendant.
------------------------------------------------------------X

          20 CR. 18 (RMB)

          **ORDER**

In light of the continuing COVID-19 pandemic, the plea proceeding scheduled for Thursday, November 18, 2021 at 11:00 am is being held by video pursuant to the CARES Act and applicable implementing court procedures.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2018

Dated: November 10, 2021
       New York, NY

                                       _____
                                         RICHARD M. BERMAN
                                          U.S.D.J.