# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

| | |
|---|---|
| LOUIS M. FREEMAN<br>THOMAS H. NOOTER*<br>LEE A. GINSBERG | 75 MAIDEN LANE<br>SUITE 503<br>NEW YORK, N.Y. 10038 |
| NADJIA LIMANI<br>OF COUNSEL | (212) 608-0808<br>TELECOPIER (212) 962-9696 |
| CHARLENE RAMOS<br>OFFICE MANAGER | |

January 4, 2022

Hon. Richard M. Berman
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. George Bridi**
20 CR 18 (RMB)

Dear Judge Berman:

     We write to notify the court of a scheduling issue that is brewing in the above case. When Mr. Bridi pled guilty on September 1, 2021, the court set January 4, 2022 for the defense to submit its sentencing memorandum to accommodate the defense's request for an expedited sentencing. The court also ordered an expedited PSR to fit this schedule. However, last week, when undersigned counsel spoke with the PO assigned to this case, she informed counsel that her report would not be ready until January 13, 2022. Given the change counsel requests a new schedule be set. Counsel requests January 24, 2022 to submit Mr. Bridi's sentencing memo; January 31, 2022 for the government to submit its sentencing memo; and the morning of February 14, 2022 or the afternoon of February 16, 2022 for Mr. Bridi's sentencing in order to maintain an expedited sentencing schedule.

     Accordingly, counsel requests the schedule be adjusted to have the defense sentencing memo filed on January 24, 2022; the government's sentencing memo filed on January 31, 2022 and sentencing take place on February 14, 2022 in the morning or Friday 16, 2022 in the afternoon. The government consents to the relief requested herein.

Respectfully submitted,

/s/ Louis M. Freeman

Louis M. Freeman

cc: AUSA Andrew Chan