USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

GEORGE BRIDI,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY ORDER
OF FORFEITURE AS TO
SPECIFIC PROPERTY

20 Cr. 018 (RMB)

        WHEREAS, on or about January 8, 2020, GEORGE BRIDI (the "Defendant"), was charged in a three-count Sealed Indictment, 20 Cr. 018 (RMB) (the "Indictment"), with copyright infringement conspiracy, in violation of Title 18, United States Code, Section 371 (Count One); wire fraud conspiracy, in violation of Title 18, United States Code, Section 1349 (Count Two); and conspiracy to transport stolen property interstate, in violation of Title 18, United States Code, Section 371 (Count Three);

        WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 2323(b), of any article, the making or trafficking of which is prohibited under section 506 of Title 17, United States Code, or sections 2318, 2319, 2319A, 2319B, or 2320, or chapter 90, of Title 18, United States Code; any property used, or intended to be used, in any manner or part to commit or facilitate the commission of the offense charged in Count One of the Indictment; and any and all property constituting and derived from proceeds obtained, directly and indirectly, from the offense alleged in Count One of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment that the Defendant personally obtained;

WHEREAS, on or about August 31, 2021, the Government seized from the Defendant at the time of his arrest in Queens, New York, a Black Apple iPhone 7 Plus, Model A1784 (the "Specific Property");

WHEREAS, on or about November 18, 2021, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Sections 2323(b), any article, the trafficking of which is prohibited under Title 17, United States Code, Section 506 or Sections 2318, 2319, 2319A, 2319B, or 2320, or Chapter 90 of Title 18, United States Code; any property used or intended to be used to commit or facilitate the commission of the offense charged in Count One of the Indictment; any property constituting and derived from proceeds obtained from the offense charged in Count One of the Indictment; and a sum of money representing the amount of proceeds traceable to the commission of Count One of the Indictment; and

WHEREAS, the Defendant consents to the forfeiture of all his right, title and interest in the Specific Property, which constitutes property used or intended to be used to commit or facilitate the commission of the offense charged in Count One of the Indictment; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States

Attorneys, Mollie Bracewell, Andrew K. Chan, and Christy Slavik of counsel, and the Defendant, and his counsel, Louis M. Freeman, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant GEORGE BRIDI, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, the United States Customs and Border Protection, or its designee the Office of Fines, Penalties, and Forfeiture, is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice

on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6. Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

9. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

10. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     2/7/22
    MOLLIE BRACEWELL                    DATE
    ANDREW K. CHAN
    CHRISTY SLAVIK
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2218/1072/1113

GEORGE BRIDI

By: _____     _____
    GEORGE BRIDI                        DATE

By: _____     _____
    LOUIS M. FREEMAN, ESQ.              DATE
    Attorney for Defendant
    75 Maiden Lane, Suite 503
    New York, NY 10038

SO ORDERED:

_____          _____
HONORABLE RICHARD M. BERMAN             DATE
UNITED STATES DISTRICT JUDGE

10. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          _____
    MOLLIE BRACEWELL                                              DATE
    ANDREW K. CHAN
    CHRISTY SLAVIK
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2218/1072/1113

GEORGE BRIDI

By: *[signature: George Bridi by ___ Attorney]*          2/5/22
    GEORGE BRIDI                                              DATE

By: *[signature]*          2/5/22
    LOUIS M. FREEMAN, ESQ.                                    DATE
    Attorney for Defendant
    75 Maiden Lane, Suite 503
    New York, NY 10038

SO ORDERED:

*[signature: Richard M. Berman]*          2/7/22
HONORABLE RICHARD M. BERMAN                                   DATE
UNITED STATES DISTRICT JUDGE